IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES DAVID SMITH**                                               **PLAINTIFF**

**V.**                            **CAUSE NO. 1:19-CV-213-DAS**

**BNSF RAILWAY COMPANY**                                 **DEFENDANT**

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order [83] entered on October 29, 2021, judgment is entered in favor of the Defendant and against the Plaintiff. This CASE remains CLOSED.

**SO ORDERED**, this the 9th day of November, 2021.

                                                    /s/ David A. Sanders
                                                    UNITED STATES MAGISTRATE JUDGE